*Monday, November 1, 1999*

## MOTION DOCKET

**98–2439.   Ricker v. John Deere Ins. Co.**
Franklin App. No. 97APE11–1505. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion to continue oral argument currently scheduled for November 3, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

**98–2572.   Home Builders Assn. of Dayton v. Beavercreek.**
Greene App. Nos. 97CA113 and 97CA115. This cause is pending before the court as an appeal from the Court of Appeals for Greene County. Upon consideration of appellees' motion to extend time for oral argument scheduled for November 2, 1999,

IT IS ORDERED by the court that the motion to extend time for oral argument be, and hereby is, granted, and the time is extended to twenty minutes per side.

**99–889 and 99–1113.   State v. Lomax.**
Sandusky C.P. No. 96CR448 and Sandusky App. Nos. S-97-037 and S-99-014. This cause is pending before the court as an appeal from the Court of Common Pleas of Sandusky County, Supreme Court case No. 99–889, and as an appeal from the Court of Appeals of Sandusky County, Supreme Court case No. 99–1113.

IT IS ORDERED by the court, *sua sponte*, that case Nos. 99–889 and 99–1113 be, and hereby are, consolidated.

IT IS FURTHER ORDERED by the court that the parties shall combine further briefing of case Nos. 99–889 and 99–1113 and file one brief for each brief permitted under S.Ct.Prac.R. XIX(5). The parties shall file an original of each brief in case No. 99–889 and in case No. 99–1113 and a total of eighteen copies. The parties shall otherwise comply with the provisions of S.Ct.Prac.R. XIX and any other applicable rules of practice.

**99–1941.   In re Election Contest of Democratic Primary Election Held May 4, 1999 for Nomination to the Office of Clerk, Youngstown Mun. Court.**
Mahoning C.P. No. 99CV1389.

This cause is pending before the court as an appeal of an election contest pursuant to R.C. 3515.15 from the Mahoning County Court of Common Pleas. Upon consideration of appellant's motion to expedite case, motion to impound ballots and hold results in abeyance pending determination of appeal, motion to seal election results, and motion for writ of prohibition and request to expedite,

IT IS ORDERED by the court that the motions be, and hereby are, denied.

The court will render judgment on the merits of the appeal after the parties are given an opportunity to brief the cause on the merits in accordance with S.Ct.Prac.R. VI.

IT IS FURTHER ORDERED by the court that the Clerk of the Mahoning County Court of Common Pleas shall certify and transmit the record in this cause within twenty days of the date of this entry.

IT IS FURTHER ORDERED by the court that appellee's brief shall be due thirty days from the date the record is filed; appellant's reply brief, if any, shall be due within twenty days after the date appellee's brief is filed; and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

DOUGLAS, J., not participating.